Received and E-Filed for Record
9/17/2018 1:48 PM
Barbara Gladden Adamick
District Clerk
Montgomery County, Texas

18-09-12429

Cause Number 18-09-_____-CV

| | | |
|---|---|---|
| OHAH, Ltd., doing business as<br>Oak Haven Apartment Homes, | § | In the _____ Court |
| | § | |
| | § | 18-09-12429 |
| **Plaintiff,** | § | |
| | § | |
| **versus** | § | of Montgomery County, Texas |
| | § | |
| LNG Builders, L.L.C., and | § | |
| Odom Texas Development, L.L.C., | § | |
| | § | |
| **Defendants** | § | _____ |

### OHAH, Ltd., doing business as Oak Haven Apartment Homes' Original Petition with Application for Temporary Restraining Order, Application for Temporary Injunction *Pendente Lite*, and Application for Permanent Injunction with Request for Disclosure

To the Honorable Judge of Said Court:

Comes now OHAH, Ltd., doing business as Oak Haven Apartment Homes ("Oak Haven"), Plaintiff, complaining of LNG Builders, L.L.C., and Odom Texas Development, L.L.C., and files this Original Petition with Application for Temporary Restraining Order, Application for Temporary Injunction *Pendente Lite*, and Application for Permanent Injunction with Request for Disclosure:

### Introduction

1. Oak Haven brings this lawsuit to enjoin Defendants' naked trespass on the real property and for damages where Oak Haven operates a non-

**EXHIBIT B**

assisted living center for senior citizens in Montgomery County, Texas. Oak Haven intends to conduct discovery under Level 2 of Rule 190. Oak Haven seeks nonmonetary relief *and* monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, prejudgment interest, and attorney fees (under Rule 47(c)(1)).

## Parties and Venue

2.  Plaintiff OHAH, Ltd., doing business as Oak Haven Apartment Homes ("Oak Haven"), is a Texas limited partnership which is the owner of the Oak Haven Apartment Homes, located at 19445 David Memorial Drive, Shenandoah, Montgomery County, Texas (the "Property").

3.  Defendant LNG Builders, L.L.C. ("LNG"), is a Texas limited liability company with its principal place of business in Austin, Texas, and with which an appropriate process server may serve citation and petition by serving its registered agent, United States Corporation Agents, Inc., at 9900 Spectrum Drive, Austin, Texas 78717.

4.  Defendant Odom Texas Development, L.L.C. ("OTD"), is a Texas limited liability company with its principal place of business in Houston, Texas, and with which an appropriate process server may serve citation and petition by serving its registered agent, Scott Odom, at 1600 Post Oak Boulevard, Suite 1704, Houston, Texas 77056.

5.  Venue is mandatory in Montgomery County, Texas, pursuant to Section 15.011 of the Texas Civil Practice & Remedies Code, because this action is for recovery of damages to real property and for recovery of real property. Venue is proper in Montgomery County, Texas, because Montgomery County is the County in which all or a substantial part of the events or omissions giving rise to the claim occurred under Section 15.002(a)(1) of the Texas Civil Practice & Remedies Code.

### Facts

6.  Oak Haven owns and provides apartment homes for senior citizens on the Property.

7.  Defendant OTD owns the real property located at 19391 David Memorial Drive (the "Adjacent Property"). Since approximately 2016, OTD has attempted to construct a hotel on the Adjacent Property. The Adjacent Property and the improvements thereon have largely been a mess.

8.  During the past few weeks, OTD and its general contractor LNG have indicated an intent to trespass upon Oak Haven's Property and construct a 24-inch drainage line from the Adjacent Property to a detention pond. OTD and LNG have already trespassed on the Property at least on three occasions – one to place some wooden stakes, one to destroy Oak Haven's fence, and one to place some netting on Oak Haven's land.

9. Neither OTD nor LNG have any legal right whatsoever to construct a drainage line on Oak Haven's Property. OTD's and LNG's entry on Oak Haven's Property is nothing short of a naked trespass.

10. Oak Haven is the owner and has a lawful right of possession of the Property. Defendants' entry onto the Property has been physical, intentional, voluntary, and unauthorized. Defendants' entry onto the Property has already caused injury to Oak Haven in excess of $500 but under $100,000.

11. Oak Haven has made a demand to LNG to cease, desist, and refrain from trespassing on the Property. LNG has ignored the demand and has continued to trespass upon the Property.

12. Injunctive relief is appropriate where (1) a trespass invades the possession of Oak Haven's Property, or (2) a trespass destroys the use and enjoyment of Oak Haven's Property. *Beathard Joint Venture v. W. Houston Airport Corp.*, 72 S.W.3d 426, 432 (Tex. App. - Texarkana 2002, no pet.); *City of Arlington v. City of Fort Worth*, 873 S.W.2d 765, 769 (Tex. App. - Fort Worth 1994, writ dism'd); *Bass v. Champion Int'l*, 787 S.W.2d 208, 211 (Tex. App. - Beaumont 1990, no writ).

14. In the foregoing instances, in paragraph 12, *supra*, the requirements of no adequate remedy at law and irreparable and immediate

harm or damage are satisfied as a matter of law. *Beathard*, 72 S.W.3d at 432; *Bass*, 787 S.W.2d at 211.

## Count One

### Trespass

15. Oak Haven incorporates paragraphs 1 through 14 herein by reference as though set forth at length.

16. Oak Haven is the owner and has a lawful right of possession of the Property. Defendants' entry onto the Property has been physical, intentional, voluntary, and unauthorized. Defendants' entry onto the Property has already caused injury to Oak Haven in excess of $500 but under $100,000.

17. Oak Haven seeks its actual damages within this Court's jurisdictional amount.

18. Furthermore, Defendants' wrongful conduct is so egregious, flagitious, perfidious, odious, malicious, and downright bad as to justify the imposition of exemplary damages within this Court's jurisdictional amount.

## Count Two

## Application for Temporary Restraining Order, Application for Temporary Injunction Pendente Lite, and Application for Permanent Injunction

19. Oak Haven incorporates paragraphs 1 through 18 herein by reference.

20. Defendants' continuing trespass on Oak Haven's Property would cause immediate and irreparable harm to Oak Haven for which Oak Haven would have no adequate remedy at law. Therefore, the Court should issue a temporary restraining order to order Defendants LNG and OTD , their agents, their representatives, and those acting in concert with them immediately to cease, desist, and refrain from entering upon the Property in order to maintain the *status quo* until such a time as the Court may hear Oak Haven's Application for Temporary Injunction *Pendente Lite.*

21. Defendants' continuing trespass on Oak Haven's Property would cause immediate and irreparable harm to Oak Haven for which Oak Haven would have no adequate remedy at law. Therefore, the Court should issue a temporary injunction order to order Defendants LNG and OTD , their agents, their representatives, and those acting in concert with them immediately to cease, desist, and refrain from entering upon the Property in order to

maintain the *status quo* until such a time as the Court may hear Oak Haven's Application for Permanent Injunction.

22.  Defendants' continuing trespass on Oak Haven's Property would cause immediate and irreparable harm to Oak Haven for which Oak Haven would have no adequate remedy at law. Therefore, the Court should issue a permanent injunction order to order Defendants LNG and OTD , their agents, their representatives, and those acting in concert with them immediately to cease, desist, and refrain from entering upon the Property permanently.

22A.  Oak Haven has a probable right of recovery and of prevailing on the merits in this cause. The Affidavit of Julie Cutrer is annexed hereto as Exhibit "A."

### Statement Regarding Appropriate Bond

22B.  The Court should set a bond for a temporary restraining order in the amount of $250 or less, because the only action restrained would be an act for which Defendants have no legal right. Furthermore, the years of delays by Defendants in construction of the Adjacent Property reveals the lack of urgency of that construction.

## Request for Disclosure

23.  To Defendants: Pursuant to Rule 194, you are requested to disclose, within 50 days of service of this request, the information or material described in Rule 194.2.

Wherefore, premises considered, OHAH, Ltd., doing business as Oak Haven Apartment Homes, Plaintiff, respectfully prays that the Court cite Defendants LNG Builders, L.L.C., and Odom Texas Development, L.L.C., to appear and answer herein, grant the Application for Temporary Restraining Order in paragraph 20, *supra*, grant the Application for Temporary Injunction *Pendente Lite* in paragraph 21, *supra*, grant the Application for Permanent Injunction in paragraph 22, *supra*, and, upon final hearing hereof, award OHAH, Ltd.:

A.  Actual damages within the Court's jurisdictional amount;

B.  Exemplary damages within the Court's jurisdictional amount;

C. Prejudgment and postjudgment interest at the maximum lawful right;

D.  Costs of Court; and

E.  Such other and further relief to which OHAH, Ltd., doing business as Oak Haven Apartment Homes, may show itself justly entitled.

Respectfully submitted,

/s/ericyollick/s/
Eric Yollick
State Bar Number 22160100
Post Office Box 7571
The Woodlands, Texas 77387-7571
Telephone 281.363.3591
Email ericyollick@swbell.net

Attorney for Plaintiff OHAH, Ltd., doing
business as Oak Haven Apartment Homes

**Verification**

State of Texas        §

County of Harris      §

     Before me, the undersigned authority, personally appeared Julie
Cutrer, who identified herself by her Texas Drivers License, and who upon
oath, deposed and stated that she is over the age of 18 years and is fully
competent to make this affidavit, that she is authorized agent for Plaintiff
OHAH, Ltd., doing business as Oak Haven Apartment Homes, that she has
personal knowledge of the facts stated in the foregoing instrument and that
those facts are true and correct.

     Further affiant sayeth not.

                                   Julie Cutrer

     Julie Cutrer, who identified herself with her Texas Drivers License,
appeared before me, signed her name to the foregoing, and swore before me
on this 17th day of September, 2018, to certify which witness my hand and
official seal.

                                   Notary Public in and for the
                                   State of Texas

CHRISTEN S TANNER
Notary ID #4835192
My Commission Expires
April 12, 2022

Cause Number 18-09-_____-CV

| OHAH, Ltd., doing business as | § | In the _____ Court |
| Oak Haven Apartment Homes, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | of Montgomery County, Texas |
| | § | |
| LNG Builders, L.L.C., and | § | |
| Odom Texas Development, L.L.C., | § | |
| | § | |
| Defendants | § | _____ |

### Affidavit of Julie Cutrer

State of Texas      §

County of Harris    §

  Before me, the undersigned authority, personally appeared Julie Cutrer, who identified herself by her Texas Drivers License, and who upon oath, deposed and stated the following:

  1.  "My name is Julie Cutrer. I am over the age of 18 years and am fully competent to make this Affidavit. I am the authorized agent for Plaintiff OHAH, Ltd., doing business as Oak Haven Apartment Homes. I have personal knowledge of the facts stated herein, and those facts are true and correct.

  2.  "I am the Chief Financial Officer for OHAH, Ltd., doing business as Oak Haven Apartment Homes ('Oak Haven'). Oak Haven operates a non-assisted living center for senior citizens in Montgomery County, Texas, located at 19445 David Memorial Drive, Shenandoah, Montgomery County, Texas (the 'Property'). Oak Haven owns and provides apartment homes for senior citizens on the Property.

  3.  "Defendant Odom Texas Development, L.L.C. ('OTD') owns the real property located at 19391 David Memorial Drive (the 'Adjacent Property'). Since approximately 2016, OTD has attempted to construct a

**EXHIBIT A**

hotel on the Adjacent Property. The Adjacent Property and the improvements thereon have largely been a mess.

4. "During the past few weeks, OTD and its general contractor LNG Builders, L.L.C. ('LNG') have indicated an intent to trespass upon Oak Haven's Property and construct a 24-inch drainage line from the Adjacent Property to a detention pond. OTD and LNG have already trespassed on the Property at least on three occasions - one to place some wooden stakes, one to destroy Oak Haven's fence, and one to place some netting on Oak Haven's land.

5. "Neither OTD nor LNG have any legal right whatsoever to construct a drainage line on Oak Haven's Property. OTD's and LNG's entry on Oak Haven's Property is nothing short of a naked trespass.

6. "Oak Haven is the owner and has a lawful right of possession of the Property. OTD's and LNG's entry onto the Property has been physical, intentional, voluntary, and unauthorized. OTD's and LNG's entry onto the Property has already caused injury to Oak Haven.

7. "Oak Haven has made a demand to LNG, as OTD's contractor, to cease, desist, and refrain from trespassing on the Property. LNG has ignored the demand and has continued to trespass upon the Property.

8. "If the Court does not enjoin OTD and LNG from trespassing on the Property, Oak Haven will suffer immediate and irreparable harm for which Oak Haven would have no adequate remedy at law."

Further affiant sayeth not.

Julie Cutrer

Julie Cutrer, who identified herself with her Texas Drivers License, appeared before me, signed her name to the foregoing, and swore before me on this 17th day of September, 2018, to certify which witness my hand and official seal.

Notary Public in and for the
State of Texas

CHRISTEN S TANNER
Notary ID #4835192
My Commission Expires
April 12, 2022

EXHIBIT "A"

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 8/7/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Hotchkiss Insurance Agency, LLC<br>4120 International Parkway<br>Suite 2000<br>Carrollton TX 75007 | PHONE (A/C, No, Ext): 800-899-3750 | | FAX (A/C, No): 972-512-7799 |
| | E-MAIL ADDRESS: Dallas@hiallc.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Texas Mutual Insurance Company | | 22945 |
| INSURED          LNGBUILDER | INSURER B : Cincinnati Insurance Company | | 10677 |
| LnG Builders, LLC<br>1812 Weiler Blvd<br>Fort Worth TX 76112 | INSURER C : | | |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES          CERTIFICATE NUMBER: 1594741912          REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | X COMMERCIAL GENERAL LIABILITY | | | ENP0423629 | 1/31/2018 | 1/31/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 500,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY X PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER | | | | | | | $ |
| B | AUTOMOBILE LIABILITY | | | ENP0423629 | 1/31/2018 | 1/31/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| B | X UMBRELLA LIAB X OCCUR | | | ENP0423629 | 1/31/2018 | 1/31/2019 | EACH OCCURRENCE | $ 2,000,000 |
| | EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ 2,000,000 |
| | DED X RETENTION $ 0 | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY    Y/N | | | C001319287 | 1/31/2018 | 1/31/2019 | X PER STATUTE ☐ OTHER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | Y | N/A | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| B | Equipment Leased/Rented | | | ENP0423629 | 1/31/2018 | 1/31/2019 | $100,000 | Ded $500 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
The general liability policy includes blanket additional insured endorsement, [GA233 02/07]that provides additional insured status for ongoing & completed operations to the certificate holder only when there is a written contract between the named insured and the certificate holder that requires such status.
The general liability policy includes a blanket waiver of subrogation endorsement when required by written contract - per (GA233 02/07)

The workers compensation policy includes a blanket waiver of subrogation endorsement when required by written contract - per [WC420304B (06/14)]
Odom Texas Development
1315 Surrey St. Lafayette La 70501
See Attached...

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Aloft - Shenandoa<br>19391 David Memorial Dr<br>Shannandoa Tx 77385<br>USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Kent T. Utts* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)          The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: LNGBUILDER

LOC #: _____

**ACORD®**

# ADDITIONAL REMARKS SCHEDULE

Page  1  of  1

| AGENCY | NAMED INSURED |
|---|---|
| Hotchkiss Insurance Agency, LLC | LnG Builders, LLC<br>1812 Weiler Blvd<br>Fort Worth TX 76112 |
| **POLICY NUMBER** | |
| **CARRIER**           **NAIC CODE** | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ___25___   FORM TITLE: CERTIFICATE OF LIABILITY INSURANCE

Attn: Scott Odom – 337-572-8824

City of Shenandoah
29955 I-45 North, Shenandoah, Texas 77381
Attn: Danny Svoboda - 832-585-8147

© 2008 ACORD CORPORATION.  All rights reserved.

ACORD 101 (2008/01)

The ACORD name and logo are registered marks of ACORD

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONTRACTORS' COMMERCIAL GENERAL LIABILITY BROADENED ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**A. Endorsement - Table of Contents:**

| Coverage: | Begins on Page: |
|---|---|
| 1. Employee Benefit Liability Coverage | 2 |
| 2. Unintentional Failure to Disclose Hazards | 7 |
| 3. Damage to Premises Rented to You | 8 |
| 4. Supplementary Payments | 9 |
| 5. Medical Payments | 9 |
| 6. Voluntary Property Damage (Coverage a.) and Care, Custody or Control Liability Coverage (Coverage b.) | 9 |
| 7. 180 Day Coverage for Newly Formed or Acquired Organizations | 10 |
| 8. Waiver of Subrogation | 10 |
| 9. Automatic Additional Insured - Specified Relationships: | 10 |

9. Automatic Additional Insured - Specified Relationships:
  Managers or Lessors of Premises;
  Lessor of Leased Equipment;
  Vendors;
  State or Political Subdivisions - Permits Relating to Premises;
  State or Political Subdivisions - Permits; and
  Contractors' Operations

| | |
|---|---|
| 10. Broadened Contractual Liability - Work Within 50' of Railroad Property | 14 |
| 11. Property Damage to Borrowed Equipment | 14 |
| 12. Employees as Insureds - Specified Health Care Services: | 14 |

12. Employees as Insureds - Specified Health Care Services:
  Nurses;
  Emergency Medical Technicians; and
  Paramedics

| | |
|---|---|
| 13. Broadened Notice of Occurrence | 14 |

---

**B. Limits of Insurance:**

The Commercial General Liability Limits of Insurance apply to the insurance provided by this endorsement, except as provided below:

1. **Employee Benefit Liability Coverage**

   | | | |
   |---|---|---|
   | Each Employee Limit: | $ | 1,000,000 |
   | Aggregate Limit: | $ | 3,000,000 |
   | Deductible: | $ | 1,000 |

3. **Damage to Premises Rented to You**

   The lesser of:

   **a.** The Each Occurrence Limit shown in the Declarations; or

   **b.** $500,000 unless otherwise stated $ _____

4. **Supplementary Payments**

   **a.** Bail bonds:   $   1,000

   **b.** Loss of earnings:   $   350

5. **Medical Payments**

   Medical Expense Limit: $   10,000

Includes copyrighted material of Insurance
Services Office, Inc., with its permission.

6.  **Voluntary Property Damage** (Coverage **a.**) **and Care, Custody or Control Liability Coverage** (Coverage **b.**)

Limits of Insurance (Each Occurrence)
Coverage **a.** $1,000
Coverage **b.** $5,000 unless otherwise stated     $ _____

Deductibles (Each Occurrence)
Coverage **a.** $250
Coverage **b.** $250 unless otherwise stated     $ _____

| COVERAGE | PREMIUM BASIS | RATE | ADVANCE PREMIUM |
|---|---|---|---|
| | (a) Area<br>(b) Payroll<br>(c) Gross Sales<br>(d) Units<br>(e) Other | (For Limits in Excess of $5,000) | (For Limits in Excess of $5,000) |
| **b.** Care, Custody or Control | | | $ |
| | | TOTAL ANNUAL PREMIUM | $ |

11. **Property Damage to Borrowed Equipment**

Each Occurrence Limit:     $ 10,000
Deductible:     $   250

C.  **Coverages:**

1.  **Employee Benefit Liability Coverage**

    a.  The following is added to **SECTION I - COVERAGES: Employee Benefit Liability Coverage.**

       (1) **Insuring Agreement**

          (a) We will pay those sums that the insured becomes legally obligated to pay as damages caused by any act, error or omission of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any claim or "suit" that may result. But:

            1) The amount we will pay for damages is limited as described in **SECTION III - LIMITS OF INSURANCE**; and

            2) Our right and duty to defend ends when we

have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

          (b) This insurance applies to damages only if the act, error or omission, is negligently committed in the "administration" of your "employee benefit program"; and

            1) Occurs during the policy period; or

            2) Occurred prior to the effective date of this endorsement provided:

              a) You did not have knowledge of a claim or "suit" on or before the effective date of this endorsement.

                 You will be deemed to have knowledge of a claim or "suit" when any "authorized representative";

i) Reports all, or any part, of the act, error or omission to us or any other insurer;

ii) Receives a written or verbal demand or claim for damages because of the act, error or omission; and

b) There is no other applicable insurance.

### (2) Exclusions

This insurance does not apply to:

**(a) Bodily Injury, Property Damage or Personal and Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**(b) Dishonest, Fraudulent, Criminal or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**(c) Failure to Perform a Contract**

Damages arising out of failure of performance of contract by any insurer.

**(d) Insufficiency of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**(e) Inadequacy of Performance of Investment / Advice Given With Respect to Participation**

Any claim based upon:

1) Failure of any investment to perform;

2) Errors in providing information on past performance of investment vehicles; or

3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**(f) Workers' Compensation and Similar Laws**

Any claim arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**(g) ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**(h) Available Benefits**

Any claim for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**(i) Taxes, Fines or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**(j) Employment-Related Practices**

Any liability arising out of any:

(1) Refusal to employ;

(2) Termination of employment;

(3) Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employ-

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ment-related practices, acts or omissions; or

(4) Consequential liability as a result of (1), (2) or (3) above.

This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

(3) **Supplementary Payments**

**SECTION I - COVERAGES, SUPPLEMENTARY PAYMENTS - COVERAGES A AND B** also apply to this Coverage.

b. **Who is an Insured**

As respects Employee Benefit Liability Coverage, **SECTION II - WHO IS AN INSURED** is deleted in its entirety and replaced by the following:

(1) If you are designated in the Declarations as:

(a) An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

(b) A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds but only with respect to the conduct of your business.

(c) A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

(d) An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

(e) A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

(2) Each of the following is also an insured:

(a) Each of your "employees" who is or was authorized to administer your "employee benefit program".

(b) Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

(c) Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

(3) Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However, coverage under this provision:

(a) Is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

(b) Does not apply to any act, error or omission that was committed before you acquired or formed the organization.

c. **Limits of Insurance**

As respects Employee Benefit Liability Coverage, **SECTION III - LIMITS OF INSURANCE** is deleted in its entirety and replaced by the following:

(1) The Limits of Insurance shown in Section B. **Limits of Insurance, 1. Employee Benefit Liability Coverage** and the rules below fix the most we will pay regardless of the number of:

(a) Insureds;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(b) Claims made or "suits" brought;

(c) Persons or organizations making claims or bringing "suits";

(d) Acts, errors or omissions; or

(e) Benefits included in your "employee benefit program".

(2) The Aggregate Limit shown in Section **B. Limits of Insurance, 1. Employee Benefit Liability Coverage** of this endorsement is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

(3) Subject to the limit described in (2) above, the Each Employee Limit shown in Section **B. Limits of Insurance, 1. Employee Benefit Liability Coverage** of this endorsement is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

(a) An act, error or omission; or

(b) A series of related acts, errors or omissions, regardless of the amount of time that lapses between such acts, errors or omissions,

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

(4) **Deductible Amount**

(a) Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Declarations as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

(b) The deductible amount stated in the Declarations applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

(c) The terms of this insurance, including those with respect to:

1) Our right and duty to defend the insured against any "suits" seeking those damages; and

2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or claim,

apply irrespective of the application of the deductible amount.

(d) We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

d. **Additional Conditions**

As respects **Employee Benefit Liability Coverage, SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

(1) Item **2. Duties in the Event of Occurrence, Offense, Claim or Suit** is deleted in its entirety and replaced by the following:

2. **Duties in the Event of an Act, Error or Omission, or Claim or Suit**

a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a claim. To the extent possible, notice should include:

(1) What the act, error or omission was and when it occurred; and

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**b.** If a claim is made or "suit" is brought against any insured, you must:

    **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

    **(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

    **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

    **(2)** Authorize us to obtain records and other information;

    **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

    **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

    **(2)** Item **5. Other Insurance** is deleted in its entirety and replaced by the following:

        **5.** **Other Insurance**

        If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

        **a.** **Primary Insurance**

        This insurance is primary except when **c.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **b.** below.

**b.** **Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**c.** **No Coverage**

This insurance shall not cover any loss for which the insured is entitled to recovery under any other insurance in force previous to the effective date of this Coverage Part.

**e.** **Additional Definitions**

As respects Employee Benefit Liability Coverage, **SECTION V - DEFINITIONS** is amended as follows:

**(1)** The following definitions are added:

    **1.** "Administration" means:

        **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

        **b.** Interpreting the "employee benefit programs";

        **c.** Handling records in connection with the "employee benefit programs"; or

        **d.** Effecting, continuing or terminating any "employee's" participation

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

in any benefit included in the "employee benefit program".

However, "administration" does not include:

a. Handling payroll deductions; or

b. The failure to effect or maintain any insurance or adequate limits of coverage of insurance, including but not limited to unemployment insurance, social security benefits, workers' compensation and disability benefits.

2. "Cafeteria plans" means plan authorized by applicable law to allow "employees" to elect to pay for certain benefits with pre-tax dollars.

3. "Employee benefit programs" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

a. Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

c. Unemployment insurance, social security

benefits, workers' compensation and disability benefits; and

d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies.

(2) The following definitions are deleted in their entirety and replaced by the following:

21. "Suit" means a civil proceeding in which money damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent;

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent; or

c. An appeal of a civil proceeding.

8. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

2. **Unintentional Failure to Disclose Hazards**

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 7. Representations** is hereby amended by the addition of the following:

Based on our dependence upon your representations as to existing hazards, if unintentionally you should fail to disclose all such hazards at the inception date of your policy, we will not reject coverage under this Coverage Part based solely on such failure.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**3. Damage to Premises Rented to You**

a. The last Subparagraph of Paragraph **2. SECTION I - COVERAGES, COVERAGE A. - BODILY INJURY AND PROPERTY DAMAGE, 2. LIABILITY Exclusions** is hereby deleted and replaced by the following:

Exclusions **c.** through **q.** do not apply to damage by fire, explosion, lightning, smoke or soot to premises while rented to you or temporarily occupied by you with permission of the owner.

b. The insurance provided under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** applies to "property damage" arising out of water damage to premises that are both rented to and occupied by you.

(1) As respects Water Damage Legal Liability, as provided in Paragraph **3.b.** above:

The exclusions under **SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** other than **i. War** and the **Nuclear Energy Liability Exclusion**, are deleted and the following are added:

This insurance does not apply to:

(a) "Property damage":

1) Assumed in any contract; or

2) Loss caused by or resulting from any of the following:

a) Wear and tear;

b) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

c) Smog;

d) Mechanical breakdown including rupture or bursting caused by centrifugal force;

e) Settling, cracking, shrinking or expansion; or

f) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(b) Loss caused directly or indirectly by any of the following:

1) Earthquake, volcanic eruption, landslide or any other earth movement;

2) Water that backs up or overflows from a sewer, drain or sump;

3) Water under the ground surface pressing on, or flowing or seeping through:

a) Foundations, walls, floors or paved surfaces;

b) Basements, whether paved or not; or

c) Doors, windows or other openings.

(c) Loss caused by or resulting from water that leaks or flows from plumbing, heating, air conditioning, or fire protection systems caused by or resulting from freezing, unless:

1) You did your best to maintain heat in the building or structure; or

2) You drained the equipment and shut off the water supply if the heat was not maintained.

(d) Loss to or damage to:

1) Plumbing, heating, air conditioning, fire protection systems, or other equipment or appliances; or

2) The interior of any building or structure, or to personal property in the building or structure

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

caused by or resulting from rain, snow, sleet or ice, whether driven by wind or not.

**c. Limit of Insurance**

The Damage to Premises Rented to You Limit as shown in the Declarations is amended as follows:

(2) Paragraph **6.** of **SECTION III - LIMITS OF INSURANCE** is hereby deleted and replaced by the following:

6. Subject to **5.** above, the Damage to Premises Rented to You Limit is the most we will pay under **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY,** for damages because of "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, arising out of any one "occurrence" to which this insurance applies.

(3) The amount we will pay is limited as described in Section **B. Limits of Insurance, 3. Damage to Premises Rented to You** of this endorsement.

**4. Supplementary Payments**

Under **SECTION I - COVERAGE, SUPPLEMENTARY PAYMENTS - COVERAGES A AND B:**

**a.** Paragraph **2.** is replaced by the following:

Up to the limit shown in Section **B. Limits of Insurance, 4.a.** Bail Bonds of this endorsement for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**b.** Paragraph **4.** is replaced by the following:

All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to the limit shown in Section **B. Limits of Insurance, 4.b.** Loss of Earnings of this endorsement per day because of time off from work.

**5. Medical Payments**

The Medical Expense Limit of Any One Person as stated in the Declarations is amended to the limit shown in Section **B. Limits of Insurance, 5. Medical Payments** of this endorsement.

**6. Voluntary Property Damage and Care, Custody or Control Liability Coverage**

**a. Voluntary Property Damage Coverage**

We will pay for "property damage" to property of others arising out of operations incidental to the insured's business when:

(1) Damage is caused by the insured; or

(2) Damage occurs while in the insured's possession.

With your consent, we will make these payments regardless of fault.

**b. Care, Custody or Control Liability Coverage**

**SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, j. Damage to Property,** Subparagraphs **(3), (4)** and **(5)** do not apply to "property damage" to the property of others described therein.

With respect to the insurance provided by this section of the endorsement, the following additional provisions apply:

**a.** The Limits of Insurance shown in the Declarations are replaced by the limits designated in Section **B. Limits of Insurance, 6. Voluntary Property Damage and Care, Custody or Control Liability Coverage** of this endorsement with respect to coverage provided by this endorsement. These limits are inclusive of and not in addition to the limits being replaced. The Limits of Insurance shown in Section **B. Limits of Insurance, 6. Voluntary Property Damage and Care, Custody or Control Liability Coverage** of this endorsement fix the most we will pay in any one "occurrence" regardless of the number of:

(1) Insureds;

(2) Claims made or "suits" brought; or

(3) Persons or organizations making claims or bringing "suits".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**b. Deductible Clause**

(1) Our obligation to pay damages on your behalf applies only to the amount of damages for each "occurrence" which are in excess of the deductible amount stated in Section **B. Limits of Insurance, 6. Voluntary Property Damage and Care, Custody or Control Liability Coverage** of this endorsement. The limits of insurance will not be reduced by the application of such deductible amount.

(2) Condition **2. Duties in the Event of Occurrence, Offense, Claim or Suit,** applies to each claim or "suit" irrespective of the amount.

(3) We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**7. 180 Day Coverage for Newly Formed or Acquired Organizations**

**SECTION II - WHO IS AN INSURED** is amended as follows:

Subparagraph **a.** of Paragraph **4.** is hereby deleted and replaced by the following:

a. Insurance under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**8. Waiver of Subrogation**

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 9. Transfer of Rights of Recovery Against Others to Us** is hereby amended by the addition of the following:

We waive any right of recovery we may have because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a written contract requiring such waiver with that person or organization and included in the "products-completed operations hazard". However, our rights may only be waived prior to the "occurrence" giving rise to the injury or damage for which we make payment under this Coverage Part. The insured must do nothing after a loss to impair our rights. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce those rights.

**9. Automatic Additional Insured - Specified Relationships**

a. The following is hereby added to **SECTION II - WHO IS AN INSURED:**

(1) Any person or organization described in Paragraph **9.a.(2)** below (hereinafter referred to as additional insured) whom you are required to add as an additional insured under this Coverage Part by reason of:

(a) A written contract or agreement; or

(b) An oral agreement or contract where a certificate of insurance showing that person or organization as an additional insured has been issued,

is an insured, provided:

(a) The written or oral contract or agreement is:

1) Currently in effect or becomes effective during the policy period; and

2) Executed prior to an "occurrence" or offense to which this insurance would apply; and

(b) They are not specifically named as an additional insured under any other provision of, or endorsement added to, this Coverage Part.

(2) Only the following persons or organizations are additional insureds under this endorsement, and insurance coverage provided to such additional insureds is limited as provided herein:

(a) The manager or lessor of a premises leased to you with whom you have agreed per Paragraph **9.a.(1)** above to provide insurance, but only with respect to liability arising out of the ownership, maintenance or use of that part of a premises leased to you, subject to the following additional exclusions:

This insurance does not apply to:

1) Any "occurrence" which takes place after

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

you cease to be a tenant in that premises.

   2) Structural alterations, new construction or demolition operations performed by or on behalf of such additional insured.

(b) Any person or organization from which you lease equipment with whom you have agreed per Paragraph **9.a.(1)** above to provide insurance. Such person(s) or organization(s) are insureds solely with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organizations(s). However, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

(c) Any person or organization (referred to below as vendor) with whom you have agreed per Paragraph **9.a.(1)** above to provide insurance, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

   1) The insurance afforded the vendor does not apply to:

      a) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

      b) Any express warranty unauthorized by you;

      c) Any physical or chemical change in the product made intentionally by the vendor;

      d) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

      e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

      f) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

      g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

   2) This insurance does not apply to any insured person or organization:

      a) From whom you have acquired such products, or any ingredient, part or container, entering into, ac-

companying or containing such products; or

**b)** When liability included within the "products-completed operations hazard" has been excluded under this Coverage Part with respect to such products.

**(d)** Any state or political subdivision with which you have agreed per Paragraph **9.a.(1)** above to provide insurance, subject to the following additional provision:

This insurance applies only with respect to the following hazards for which the state or political subdivision has issued a permit in connection with premises you own, rent or control and to which this insurance applies:

**1)** The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

**2)** The construction, erection, or removal of elevators; or

**3)** The ownership, maintenance, or use of any elevators covered by this insurance.

**(e)** Any state or political subdivision with which you have agreed per Paragraph **9.a.(1)** above to provide insurance, subject to the following provisions:

**1)** This insurance applies only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

**2)** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state or political subdivision.

**(f)** Any person or organization with which you have agreed per Paragraph **9.a.(1)** above to provide insurance, but only with respect to liability arising out of "your work" performed for that additional insured by you or on your behalf. A person or organization's status as an insured under this provision of this endorsement continues for only the period of time required by the written contract or agreement, but in no event beyond the expiration date of this Coverage Part. If there is no written contract or agreement, or if no period of time is required by the written contract or agreement, a person or organization's status as an insured under this endorsement ends when your operations for that insured are completed.

**(3)** Any insurance provided to an additional insured designated under Paragraph **9.a.(2)**:

**(a)** Subparagraphs **(e)** and **(f)** does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard";

**(b)** Subparagraphs **(a)**, **(b)**, **(d)**, **(e)** and **(f)** does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the sole negligence or willful misconduct of the additional insured or their agents, "employees" or any other representative of the additional insured; or

**(c)** Subparagraph **(f)** does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1)** Defects in design furnished by or on behalf

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

of the additional insured; or

2) The rendering of, or failure to render, any professional architectural, engineering or surveying services, including:

a) The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

b) Supervisory, inspection, architectural or engineering activities.

3) "Your work" for which a consolidated (wrap-up) insurance program has been provided by the primecontractor-project manager or owner of the construction project in which you are involved.

b. Only with regard to insurance provided to an additional insured designated under Paragraph 9.a.(2) Subparagraph (f) above, SECTION III - LIMITS OF INSURANCE is amended to include:

The limits applicable to the additional insured are those specified in the written contract or agreement or in the Declarations of this Coverage Part, whichever are less. If no limits are specified in the written contract or agreement, or if there is no written contract or agreement, the limits applicable to the additional insured are those specified in the Declarations of this Coverage Part. The limits of insurance are inclusive of and not in addition to the limits of insurance shown in the Declarations.

c. SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS is hereby amended as follows:

(1) Condition 5. Other Insurance is amended to include:

(a) Where required by a written contract or agreement, this insurance is primary and / or noncontributory as respects any other insurance policy issued to the additional insured, and such other insurance policy shall be excess and / or noncontributing, whichever applies, with this insurance.

(b) Any insurance provided by this endorsement shall be primary to other insurance available to the additional insured except:

1) As otherwise provided in SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 5. Other Insurance, b. Excess Insurance; or

2) For any other valid and collectible insurance available to the additional insured as an additional insured by attachment of an endorsement to another insurance policy that is written on an excess basis. In such case, the coverage provided under this endorsement shall also be excess.

(2) Condition 11. Conformance to Specific Written Contract or Agreement is hereby added:

11. Conformance to Specific Written Contract or Agreement

With respect to additional insureds described in Paragraph 9.a.(2)(f) above only:

If a written contract or agreement between you and the additional insured specifies that coverage for the additional insured:

a. Be provided by the Insurance Services Office additional insured form number CG 20 10 or CG 20 37 (where edition specified); or

b. Include coverage for completed operations; or

c. Include coverage for "your work";

and where the limits or coverage provided to the addi-

Includes copyrighted material of Insurance
Services Office, Inc., with its permission.

tional insured is more re-strictive than was specifi-cally required in that written contract or agreement, the terms of Paragraphs **9.a.(3)(a)**, **9.a.(3)(b)** or **9.b.** above, or any combination thereof, shall be interpreted as providing the limits or coverage required by the terms of the written contract or agreement, but only to the extent that such limits or coverage is included within the terms of the Coverage Part to which this endorse-ment is attached.  If, how-ever, the written contract or agreement specifies the In-surance Services Office additional insured form number CG 20 10 but does not specify which edition, or specifies an edition that does not exist, Paragraphs **9.a.(3)(a)** and **9.a.(3)(b)** of this endorsement shall not apply and Paragraph **9.b.** of this endorsement shall ap-ply.

**10. Broadened Contractual Liability - Work Within 50' of Railroad Property**

It is hereby agreed that Paragraph **f.(1)** of Definition **12.** "Insured contract" (**SEC-TION V - DEFINITIONS**) is deleted.

**11. Property Damage to Borrowed Equip-ment**

**a.** The following is hereby added to Ex-clusion **j. Damage to Property of Paragraph 2. Exclusions of SEC-TION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROP-ERTY DAMAGE LIABILITY:**

Paragraphs **(3)** and **(4)** of this exclu-sion do not apply to tools or equip-ment loaned to you, provided they are not being used to perform opera-tions at the time of loss.

**b.** With respect to the insurance pro-vided by this section of the en-dorsement, the following additional provisions apply:

**(1)** The Limits of Insurance shown in the Declarations are replaced by the limits designated in Sec-tion **B. Limits of Insurance, 11.** of this endorsement with respect to coverage provided by this endorsement. These limits are inclusive of and not in addition to the limits being replaced.  The Limits of Insurance shown in Section **B. Limits of Insurance,**

**11.** of this endorsement fix the most we will pay in any one "oc-currence" regardless of the number of:

**(a)** Insureds;

**(b)** Claims made or "suits" brought; or

**(c)** Persons or organizations making claims or bring "suits".

**(2) Deductible Clause**

**(a)** Our obligation to pay dam-ages on your behalf applies only to the amount of dam-ages for each "occurrence" which are in excess of the Deductible amount stated in Section **B. Limits of Insur-ance, 11.** of this endorse-ment.  The limits of insur-ance will not be reduced by the application of such De-ductible amount.

**(b)** Condition **2. Duties in the Event of Occurrence, Of-fense, Claim or Suit**, ap-plies to each claim or "suit" irrespective of the amount.

**(c)** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**12. Employees as Insureds - Specified Health Care Services**

It is hereby agreed that Paragraph **2.a.(1)(d)** of **SECTION II - WHO IS AN INSURED**, does not apply to your "em-ployees" who provide professional health care services on your behalf as duly li-censed:

**a.** Nurses;

**b.** Emergency Medical Technicians; or

**c.** Paramedics,

in the jurisdiction where an "occurrence" or offense to which this insurance applies takes place.

**13. Broadened Notice of Occurrence**

Paragraph **a.** of Condition **2. Duties in the Event of Occurrence, Offense, Claim or Suit (SECTION IV - COMMER-CIAL GENERAL LIABILITY CONDI-**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**TIONS)** is hereby deleted and replaced by the following:

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   (1) How, when and where the "occurrence" or offense took place;

   (2) The names and addresses of any injured persons and witnesses; and

   (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

This requirement applies only when the "occurrence" or offense is known to an "authorized representative".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



**WORKERS' COMPENSATION AND
EMPLOYERS LIABILITY POLICY**

**WC 42 03 04 B**
Insured Copy

## TEXAS WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule, but this waiver applies only with respect to bodily injury arising out of the operations described in the Schedule where you are required by a written contract to obtain this waiver from us.

This endorsement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

The premium for this endorsement is shown in the Schedule.

### Schedule

1. (   )  Specific Waiver
          Name of person or organization


   ( X )  Blanket Waiver
          Any person or organization for whom the Named Insured has agreed by written contract to furnish this waiver.

2.  Operations:              ALL TEXAS OPERATIONS


3.  Premium:

    The premium charge for this endorsement shall be **2.00** percent of the premium developed on payroll in connection with work performed for the above person(s) or organization(s) arising out of the operations described.

4.  Advance Premium:         INCLUDED, SEE INFORMATION PAGE.

This endorsement changes the policy to which it is attached effective on the inception date of the policy unless a different date is indicated below.
(The following "attaching clause" need be completed only when this endorsement is issued subsequent to preparation of the policy.)
This endorsement, effective on **01/31/2017 at 12:01 a.m.** standard time, forms a part of:

Policy No. 0001319287 of Texas Mutual Insurance Company effective on 01/31/2017

Issued to:   LNG BUILDERS, LLC

**Authorized Representative**

01/31/2017

NCCI Carrier Code: 29939